UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

REBECCA MOORE
    Plaintiff,

V.                                            CIVIL ACTION NO.
                                                  1:11-CV-2112 BEL

MASTER CREDIT SYSTEMS, INC.

## SETTLEMENT AGREEMENT

Plaintiff Rebecca Moore through her attorney Bernard T. Kennedy and Master Credit System, Inc. "MCSI" through its president Peter Pukish have entered into the following Settlement Agreement. The parties have agreed that MCSI will make payment to plaintiff in the sum of $4,080. It is agreed that MCSI will commence payment on February 22, 2012 in the sum of $375.00 and each month thereafter through November 2012 and a final payment on December 22, 2012 in the sum of $330.00. Notwithstanding that MCSI has agreed to settle the alleged claim, it denies any admission of wrongdoing. It is further agreed between the parties that upon final payment the Court may dismiss this case with prejudice. The parties request that the Court not close the case until full payment is made.

2

                THE PLAINTIFF

                BY/S/Bernard T. Kennedy
                Bernard T. Kennedy, Esquire
                The Kennedy Law Firm
                P.O. Box 657
                Edgewater, MD 21037
                Ph   (443) 607-8901
                Fax (443) 607-8903
                Fed. Bar # Md26843
                bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 2/8/12 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy